# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **JASON LONG,**<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MALONE'S SERVICE AND PERFORMANCE, LLC**<br><br>*Defendant.* | § § § § § § § § § § § § § § § | Civil Action No.<br>1:21-cv-05212-LMM<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE DISTRICT COURT JUDGE**

Plaintiff, Jason Long, individually and on behalf of others similarly situated, and pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed persons or entities are financially interested in the outcome of this case:

1. Jason Long, individually and on behalf of all opt-in plaintiffs and others similarly situated.

   *Plaintiff*

2. All similarly situated employees who file consents to join this action.

3. Clif Alexander

*Certificate of Interested Parties*

clif@a2xlaw.com
Austin W. Anderson
austin@a2xlaw.com
Carter T. Hastings
carter@a2xlaw.com
ANDERSON ALEXANDER, PLLC
819 N. Upper Broadway
Corpus Christi, Texas 78401

Jeremy Stephens
jstephens@forthepeople.com
MORGAN & MORGAN
191 Peachtree Street NE, Ste 4200
Atlanta, GA 30303

*Attorneys for Plaintiff and Putative Class Members*

4. Malone's Service and Performance, LLC.

   *Defendant*

5. All persons and entities listed on Defendants' Certificate(s) of Interested Parties.

                    Respectfully submitted,

               By:  /s/ *Jeremy Stephens*
                    **Jeremy Stephens**
                    Georgia Bar No. 702063
                    jstephens@forthepeople.com
                    **MORGAN & MORGAN**
                    191 Peachtree Street NE, Ste 4200
                    Atlanta, Georgia 30303
                    Telephone: (404) 965-1682
                    Facsimile: (470) 639-6866

By: /s/ *Clif Alexander*
**Clif Alexander**
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Texas Bar No. 24045189
austin@a2xlaw.com
**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

*Attorneys in Charge for Plaintiff and Putative Class Members*

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Jeremy Stephens*
Jeremy Stephens