IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON LONG, *Individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

MALONE'S SERVICE AND PERFORMANCE, LLC,

    Defendant.

_____/

Case No. 1:21-cv-05212-LMM
Notice of Settlement

## **NOTICE OF SETTLEMENT**

Defendant, Malone's Service and Performance, LLC. ("Defendant"), by and through undersigned counsel hereby file this Notice of Settlement and advises this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

Dated this 20th day of April, 2022.

                                          Respectfully submitted,
                                        SPIRE LAW, LLC
                                        2572 W. State Road 426, Suite 2088
                                        Oviedo, Florida 32765

By:  */s/ Whitney M. DuPree*
Whitney M. DuPree, Esq.
Georgia Bar No. 880909
whitney@spirelawfirm.com
sarah@spirelawfirm.com
Attorney for Defendant | Malone's
Service and Performance, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*Whitney M. DuPree*
Attorney